UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,     04cr503    (JNE/AJB)
    11cv575    (JNE)

Plaintiff,

v.

**AMENDED ORDER**

ANTHONY LEE WREN,

Defendant.

---

For the reasons stated in the Government's responsive memorandum, and pursuant to the en banc opinion of the Court of Appeals for the Eighth Circuit in <u>Sun Bear v. United States</u>, 644 F.3d 700 (8th Cir. en banc 2011) the 28 U.S.C. § 2255 motion of Anthony Lee Wren is denied. The defendant is not entitled to a certificate of appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 6, 2012

                                             s/ Joan N. Ericksen
                                             JOAN N. ERICKSEN, Judge
                                             United States District Court